AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_*****\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ANTHONY J. BURRIOLA,

     Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                                 CASE NUMBER: **3:10-cv-00438-LRH-RAM**

DONALD M. MOSLEY, et al.,

     Defendants.

\_\_\_     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_     **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_X\_     **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice.

  August 11, 2010                                        **LANCE S. WILSON**
                                                                    Clerk

                                                                   /s/ Katie Lynn Ogden
                                                                        Deputy Clerk